**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DEMORRIS STROUD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., AND ALEXANDER MANN SOLUTIONS,<br><br>　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-0479-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation, and having adopted said Report and Recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to comply with the Court's previous Order and for failure to state a plausible claim.

Dated at Atlanta, Georgia, this 6th day of June, 2023.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By: 　s/ D. Barfield_____
　　　　　　　　　　　　　　　　　　D. Barfield, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 6, 2023
Kevin P. Weimer
Clerk of Court

By: 　s/ D. Barfield_____
　　　　　Deputy Clerk